IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY STERLING                                                                                     PLAINTIFF

v.                                      Case No. 4:20-cv-4065

CENTERPOINT ENERGY
SERVICES COMPANY, LLC                                                                           DEFENDANT

## ORDER

Before the Court is a Motion to Withdraw as Attorney (ECF No. 27) Defendant CenterPoint Energy Services Company, LLC.  Defendant seeks to have Maggie Benson withdrawn as its counsel of record.  Defendant states it will continue to be represented in this matter by its other counsel of record, Eva C. Madison.  Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the instant motion (ECF No. 27) is hereby **GRANTED**. Maggie Benson is hereby relieved as attorney of record for Defendant, which shall continue to be represented by its other counsel of record.  The Clerk of Court is **directed** to remove Ms. Benson from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 23rd day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge