IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY STERLING                                                                                                PLAINTIFF

v.                                            Case No. 4:20-cv-4065

CENTERPOINT ENERGY
SERVICES COMPANY, LLC                                                                                  DEFENDANT

## **JUDGMENT**

Before the Court is Defendant CenterPoint Energy Services Company, LLC's Motion for Summary Judgment. ECF No. 30. Plaintiff Anthony Sterling has responded. ECF No. 39. Defendant has replied. ECF No. 43. The Court finds the matter ripe for consideration.

For the reasons discussed in the Court's memorandum opinion of even date, the Court finds that Defendant CenterPoint Energy Services Company, LLC's Motion for Summary Judgment (ECF No. 30) should be and hereby is **GRANTED**. Plaintiff's claim against Defendant is herby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge